**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 17, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00949-CV

---

### ASHLEY JOHN, Appellant

### V.

### SERVICE KING PAINT & BODY, LLC, DBA SERVICE KING, AKA/DBA SERVICE KING #069, SERVICE KING COLLISION REPAIR CENTER, SERVICE KING HOLDINGS, LLC, Appellees

---

**On Appeal from County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 17-CCV-059423**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 4, 2019. On October 22, 2020, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.